**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Professional Advantage Software Solutions, Inc. v. West Gulf
                         Maritime Association, Inc.

Appellate case number:   01-15-01006-CV

Trial court case number: 2012-58827

Trial court:             151st District Court of Harris County


      Appellant, Professional Advantage Software Solutions, Inc., has filed an emergency motion for temporary relief asking this Court to stay trial court proceedings while their interlocutory appeal is pending in this Court. *See* TEX. R. APP. P. 29.3. Appellee, West Gulf Maritime Association, Inc. has filed a response to the motion. We **deny** appellant's request for emergency temporary relief.

      It is so ORDERED.


Judge's signature:   /s/ Sherry Radack
                     ☑ Acting individually    ☐ Acting for the Court


Date: December 15, 2015